UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TRUSTEES OF THE HOLLOW METAL PENSION
FUND,

                    Plaintiffs,

        -against-                                16-cv-9480 (LAK) (KHP)

MORRIS FINE FURNITURE WORK SHOP INC.,
WALTER P. SAUER LLC, and ANTHONY MORRIS
LLC,

                    Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Magistrate Judge Katharine H. Parker has rendered a well considered report and recommendation in which she recommends that plaintiffs' motion for summary judgment be granted and that plaintiffs be awarded $657,859 plus prejudgment interest in the amount of $77,051.55, liquidated damages in the amount of $131,573.80, attorneys' fees in the amount of $22,160, and costs in the amount of $661.36 [DI 58]. Judge Parker recommends also that defendants Morris Fine Furniture Work Shop, Inc. ("MFFWS") and Walter P. Sauer LLC ("WPS") be held jointly and severally liable for these amounts, and that once judgment is entered, an order be issued stating that plaintiffs are entitled to post judgment interest pursuant to 28 U.S.C. § 1961.

        Defendant WPS submitted objections regarding the calculation of interest and award of liquidated damages [DI 64]. The objections are overruled and the Court adopts Judge Parker's recommendations in full. The clerk shall enter judgment accordingly.

        SO ORDERED.

Dated:      June 16, 2019

                                              Lewis A. Kaplan
                                       United States District Judge